# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAORLINA

# COLUMBIA DIVISION

| | | |
|---|---|---|
| **Jason Mulligan,** | ) | Case No.: 3:12-cv-02899-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANT** |
| **Brushy Mountain Bee Farm, Inc. and** | ) | **DADANT & SONS, INC.'S** |
| **Dadant & Sons, Inc.,** | ) | **RULE 26.01 INTERROGATORY** |
| | ) | **RESPONSES** |
| Defendants. | ) | |

**TO:    THE UNITED STATES DISTRICT COURT:**

Under the provisions of Local Rule 26.01, Defendant, Dadant & Sons, Inc., responds to the Court's Rule 26.01 Interrogatories as follows:

A.    State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:**    The Defendant knows of no subrogation interest involved in this case.

B.    As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:**    The Defendant asserts that this case should be tried jury.

C.    State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:** **Defendant Dadant & Sons, Inc. is not a publicly owned company.**

D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:** **Plaintiff filed this case in this division and Defendant does not object.**

E. Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical translations, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.[1]

**ANSWER:** **Defendant is not aware of any related case pending in the District of South Carolina.**

F. If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:** **Defendant Dadant & Sons, Inc. is properly identified.**

---

[1] This information is required in addition to completion of the "related cases" block on the JS44 Civil Cover Sheet. Although the Civil Cover Sheet requires only that you disclose *pending* related cases, this interrogatory and this District's assignment procedures require disclosure of *any prior or pending* related case whether civil or criminal. Therefore, both categories should be disclosed Fin response to this interrogatory as well as on the JS44 Civil Cover Sheet.

2

G.  If you contend that some other person of legal entity is, in whole or in part, liable to you or the other party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:**  **Defendant is unaware at this time of any other legal entity liable to it or the party asserting this claim; however, this Defendant reserves the right to amend this response at a later date should the discovery in this case reveal any other parties who may be liable to the Defendant or the Plaintiff in this matter.**

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/ Mark S. Barrow
Mark S. Barrow, Esquire, Federal I.D. No.:  1220
Benson H. Driggers, Esquire, Federal I.D. No.:  9850
1515 Lady Street
Post Office Box 12129
Columbia, South Carolina 29211
(803)  256-2233

**ATTORNEYS FOR DEFENDANT**
**DADANT& SONS, INC.**

Columbia, South Carolina

October 9, 2012

3