IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
CASE NUMBER: 3:12-cv-02899-JFA

| | |
|---|---|
| Jason Mulligan,<br><br>                              Plaintiffs,<br><br>v.<br><br>Brushy Mountain Bee Farm, Inc. and<br>Dadant & Sons, Inc.,<br><br>                              Defendants. | **DEFENDANT BRUSY MOUNTAIN BEE FARM, INC.'S DISCOVERY STATUS REPORT** |

Party Submitting Report: Defendant Brushy Mountain Bee Farm, Inc.

1. Are the parties on track to complete discovery on or before the discovery deadlines set forth in the most current scheduling order?

    ☒ Yes
    ☐ No

2. Indicate the date on which the first set of interrogatories were (or will be) served on your opponent:  January 23, 2013 (First Interrogatories to Plaintiff and First Request for Production to Plaintiff).

3. Indicate the date on which the first deposition was (or will be) scheduled:
June 21, 2013 (Deposition of the Plaintiff)

4. Indicate what discovery remains to be completed in this case:
Deposition of fact witnesses, treating physicians and experts Plaintiff may identify and call; identification of defense experts in response to those experts identified by Plaintiff.

    Respectfully submitted this 28th day of May, 2013.

                                            MURPHY & GRANTLAND, P.A.

                                            *s/E. Raymond Moore, III*

                                            E. Raymond Moore, III
                                            Fed I.D. #6797
                                            Post Office Box 6648
                                            Columbia, South Carolina 29260
                                            (803) 782-4100
                                            (803) 782-4140 (facsimile)
                                            ermoore@murphygrantland.com