IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Jason Mulligan, | ) | C/A No.: 3:12-cv-2899-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Dadant & Sons, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the court is Defendant's motion for summary judgment (ECF No. 60) and Plaintiff's motion for summary judgment (ECF No. 63). Having reviewed the briefs and submissions of the parties, and having heard oral argument on both motions, the court has determined that genuine disputes of material fact remain. The court, therefore, denies both motions in their entirety. This case will go to trial in the September/October 2014 term of court.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

July 2, 2014
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge